1 | THOMAS P. O'BRIEN
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | LISABETH SHINER
California Bar No. 151792
6 | Special Assistant United States Attorney
Asset Forfeiture Section
7 |     Federal Courthouse, 14th Floor
312 North Spring Street
8 |     Los Angeles, California 90012
Telephone:  (213) 894-6528
9 |     Facsimile:  (213) 894-7177
E-mail: Lisabeth.Shiner@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

J8-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

12

13                    UNITED STATES DISTRICT COURT

14             FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                          WESTERN DIVISION

16 | UNITED STATES OF AMERICA,        )
                                      )   NO.  CV 07-7235 CBM (CTx)
17 |              Plaintiff,           )
                                      )   [REVISED PROPOSED]
18 |         v.                        )
                                      )   CONSENT JUDGMENT OF
19 | $85,158.00 IN U.S.               )   FORFEITURE
     CURRENCY,                        )
20 |                                   )
                 Defendant.           )
21 | _____  )
                                      )
22 |                                   )
     KENNETH ONAH,                     )
23 |                                   )
                 Claimant.            )
24 | _____  )

25

26        Plaintiff United States of America filed this action against

27 | the $85,158.00 in U.S. currency ("defendant currency") on November

28 | 2, 2007.  Notice was given and published in accordance with law.

1 | Kenneth Onah ("claimant") filed a claim and answer in this action
2 | on or about November 27, 2007.  No other claims or answers have been
3 | filed.  Plaintiff and claimant stipulate that there was reasonable
4 | cause for the seizure of the defendant currency and institution of
5 | these proceedings.  The parties have reached an agreement that is
6 | dispositive of the action and hereby request that the Court enter
7 | this Consent Judgment of Forfeiture.

8 | **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

9 | 1.   This Court has jurisdiction over the parties and the
10 |       subject matter of this action.

11 | 2.   Notice of this action has been given in accordance with
12 |       law.  The Court deems that all other potential claimants
13 |       to the defendant currency admit the allegations of the
14 |       Complaint to be true.  The allegations set out in the
15 |       Complaint are sufficient to establish a basis for
16 |       forfeiture.

17 | 3.   The United States of America shall have judgment as to
18 |       $65,158.00 of the defendant currency, plus all interest
19 |       earned by the government on the entirety of the defendant
20 |       assets, and no other person or entity shall have any
21 |       right, title or interest therein.   The United States
22 |       Marshals Service is ordered to dispose of said assets in
23 |       accordance with law.

24 | 4.   $20,000.00 of the defendant currency, without any
25 |       interest earned by the government on that amount, shall
26 |       be paid to claimant in care of his attorney, C. Chike
27 |       Amobi.  Said funds shall be forwarded by a check made
28 |       payable in the amount of $20,000.00 to "C. Chike Amobi

2

```
 1              Client Trust Account," and shall be mailed to The Law
 2              Offices of Chike Amobi, 111 N. La Brea Avenue, Suite 307,
 3              Inglewood, CA  90301.
 4      5.      Claimant hereby releases the United States of America,
 5              its agencies, agents, and officers, including employees
 6              and agents of the Drug Enforcement Administration, from
 7              any and all claims, actions or liabilities arising out of
 8              or related to this action, including, without limitation,
 9              any claim for attorney's fees, costs or interest which
10              may be asserted on behalf of claimant, whether pursuant
11              to 28 U.S.C. § 2465 or otherwise.
12      6.      The Court finds that there was reasonable cause for the
13              seizure of the defendant currency and institution of
14              these proceedings.  This judgment shall be construed as
15              a certificate of reasonable cause pursuant to 28 U.S.C.
16              § 2465.
17
18  DATED:  9/ 19 /08
19
20                        _____
                          THE HONORABLE CONSUELO B. MARSHALL
21                        UNITED STATES DISTRICT JUDGE
22
      [Signatures of counsel appear on the next page.]
23
24
25
26
27
28
```

3

Approved as to form and content:

Dated: August 18, 2008   THOMAS P. O'BRIEN
                          United States Attorney
                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section


                          LISABETH SHINER
                          Special Assistant United States Attorney
                          Asset Forfeiture Section

                          Attorneys for Plaintiff
                          United States of America


Dated: August ___, 2008   LAW OFFICES OF C. CHIKE AMOBI



                          _____
                          C. CHIKE AMOBI

                          Attorney for Claimant
                          KENNETH ONAH

4

08/18/2008  12:39    13106809995           CHIKEAMOBILAWOFFICES                     PAGE  01

1 | <u>**Approved as to form and content:**</u>

2 | Dated: August ___, 2008        THOMAS P. O'BRIEN
3 |                                United States Attorney
  |                                CHRISTINE C. EWELL
4 |                                Assistant United States Attorney
  |                                Chief, Criminal Division
5 |                                STEVEN R. WELK
  |                                Assistant United States Attorney
6 |                                Chief, Asset Forfeiture Section

7 |

8 |                                _____
  |                                LISABETH SHINER
9 |                                Special Assistant United States Attorney
  |                                Asset Forfeiture Section

10 |                                Attorneys for Plaintiff
11 |                                United States of America

12 | Dated: August 18, 2008         LAW OFFICES OF C. CHIKE AMOBI

13 |

14 |                                _____
  |                                C. CHIKE AMOBI
15 |
  |                                Attorney for Claimant
16 |                                KENNETH ONAH

17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

4a